# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAMES NICHOLS**                                                                            **PLAINTIFF**

**v.**                  **CASE NO. 4:19-CV-00685 BSM**

**SCHNEIDER NATIONAL**
**CARRIERS, INC.,** *et al.*                                                          **DEFENDANTS**

## ORDER

The parties' joint motion for approval of settlement [Doc. No. 32] is granted. The motion to intervene [Doc. No. 31] is denied as moot. This case is dismissed with prejudice.

IT IS SO ORDERED this 5th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE