IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES NICHOLS**                                                                                    **PLAINTIFF**

**v.**                                  **CASE NO. 4:19-CV-00685 BSM**

**SCHNEIDER NATIONAL**
**CARRIERS, INC.,** *et al.*                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 5th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE